Buchalter Nemer
Peter D. Holbrook, Bar No. 105845
pholbrook@buchalter.com
Carol A. Dwyer, Bar No. 239769
cdwyer@buchalter.com
Buchalter Nemer
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff
TMX FUNDING INC., A Delaware Corporation

\*\*E-Filed 2/2/2010\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TMX FUNDING INC., A Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMPERO TECHNOLOGIES, INC., A California Corporation, CLARENCE NICHOLAS STEIGELMAN, An Individual, RONALD J. LESNIAK, An Individual, DAVID LESNIAK, An Individual, MITCHELL A. HEINLEIN, An Individual, JOESEPH ZHANG, a.k.a. XIANGCHOU ZHANG, An Individual, MICHELLE DOVER, An Individual,<br><br>Defendants. | Case No. C10-00202 JF<br><br>**[AMENDED]** [PROPOSED] **ORDER AUTHORIZING EARLY DISCOVERY PURSUANT TO FRCP 26(d)**<br><br>Date:<br>Time:<br>Courtroom: 3 |

The Court, having considered the Ex Parte Application of Plaintiff TMX Funding, Inc. ("TMX") in the above-captioned action for authorization to commence early discovery, finds that good cause exists to grant the requested relief pursuant to Federal Rules of Civil Procedure Rule 26(d). *Semitool, Inc. v. Tokyo Electron Am.*, 208 F.R.D. 273, 276 (N.D. Cal. 2002).

THEREFORE, IT IS HEREBY ORDERED THAT the Application is GRANTED as follows:

The parties are authorized to commence party and third-party discovery immediately as of the date of entry of this Order in accordance with the discovery provisions of Federal Rules of Civil Procedure including but not limited to:

1. Depositions in accordance with FRCP 30 and 31;
2. Interrogatories to parties in accordance with FRCP 33;
3. Production of documents, electronically stored information, and tangible things, or entering onto land, for inspection and other purposes, in accordance with FRCP 34;
4. Requests for admission in accordance with FRCP 36;
5. Subpoena in accordance with FRCP 45;

And any other discovery method that may be authorized under the Federal Rules of Civil Procedure, local rules, or otherwise.

IT IS SO ORDERED.

DATED: 1/29/2010

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE