1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| TMX FUNDING, INC., a Delaware corporation, | Case Number C 10-00202 JF (PVT) |
| Plaintiffs, | **ORDER[1] ISSUING PRELIMINARY INJUNCTION** |
| v. | |
| IMPERO TECHNOLOGIES, INC., A California Corporation; CLARENCE NICHOLAS STEIGELMAN, An Individual; RONALD J LESNIAK, An Individual; MITCHELL A HEINLEIN, An Individual; JOSEPH ZHANG, a.k.a. XIANGCHOU ZHANG, An Individual; MICHELLE DOVER, An Individual; And DAVID LESNIAK, An Individual, | |
| Defendants. | |

On February 12, 2010, Plaintiff TMX Funding, Inc.'s ("TMX") Order to Show Cause Re: Preliminary Injunction came on for hearing in Courtroom 3 of the above-captioned court, the Honorable Jeremy Fogel presiding. TMX appeared through its counsel, Peter D. Holbrook of

---

[1] This disposition is not designated for publication in the official reports.

Case Number C 10-00202 JF
ORDER ISSUING PRELIMINARY INJUNCTION
(JFEX2)

1  Buchalter Nemer, P.C. Defendants Impero Technologies, Inc., Clarence Nicholas Steigelman,

2  Mitchell Heinlein, Joseph Zhang, Ronald Lesniak, David Lesniak, and Michelle Dover appeared

3  through their counsel, Andrew K. Jacobson.

4       The Court, having considered all admissible evidence in the moving papers, the

5  opposition papers, and having considered the argument of counsel, finds that good cause is

6  shown for the issuance of a Preliminary Injunction, as follows:

7       **IT IS HEREBY ORDERED THAT** Defendants Impero Technologies, Inc., Clarence

8  Nicholas Steigelman, Mitchell Heinlein, Yizhou "Joseph" Zhang, Ronald Lesniak, David

9  Lesniak, and Michelle Dover, and each of them, and any of their directors, officers,

10 shareholders, partners, subsidiaries, affiliates, employees, employers, agents, representatives,

11 and all those in active concert or participation with them ("Defendants"), are preliminarily

12 restrained and enjoined from:

13      1. Failing to return to TMX the Teledex laptops and any other equipment or materials

14 containing proprietary, confidential, or trade secret information; and

15      2. Soliciting business from customers or third party vendors with whom Defendants had

16 been in communication with during their final six months at Teledex for the purpose of

17 furthering Teledex business; and

18      3. Continuing to do business with customers or third party vendors with whom

19 Defendants had been in communication with during their final six months at Teledex for the

20 purpose of furthering Teledex business and from whom Defendants solicited business after

21 December 8, 2009.

22      Nothing in this Order shall prevent Defendants from otherwise doing business or

23 continuing to do business with customers or third party vendors.

24 //

25 //

26 //

27 //

28 //

2

1    **IT IS FURTHER ORDERED THAT TMX** shall post a bond in the amount of $25,000

2    and the Preliminary Injunction shall issue upon the date of TMX's filing of undertaking of the

3    sum specified.

4    **IT IS SO ORDERED.**

5

6

     DATED: March 31, 2010

7

8                                              _____
                                               JEREMY FOGEL
9                                              United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                               3