**E-Filed 3/31/10**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TMX FUNDING, INC., a Delaware corporation,<br><br>     Plaintiffs,<br><br>  v.<br><br>IMPERO TECHNOLOGIES, INC., A California Corporation; CLARENCE NICHOLAS STEIGELMAN, An Individual; RONALD J LESNIAK, An Individual; MITCHELL A HEINLEIN, An Individual; JOSEPH ZHANG, a.k.a. XIANGCHOU ZHANG, An Individual; MICHELLE DOVER, An Individual; And DAVID LESNIAK, An Individual,<br><br>     Defendants. | Case Number C 10-00202 JF (PVT)<br><br>**ORDER[1] ISSUING PRELIMINARY INJUNCTION** |

On February 12, 2010, Plaintiff TMX Funding, Inc.'s ("TMX") Order to Show Cause Re: Preliminary Injunction came on for hearing in Courtroom 3 of the above-captioned court, the Honorable Jeremy Fogel presiding. TMX appeared through its counsel, Peter D. Holbrook of

---

[1] This disposition is not designated for publication in the official reports.

Case Number C 10-00202 JF
ORDER ISSUING PRELIMINARY INJUNCTION
(JFEX2)

Buchalter Nemer, P.C. Defendants Impero Technologies, Inc., Clarence Nicholas Steigelman, Mitchell Heinlein, Joseph Zhang, Ronald Lesniak, David Lesniak, and Michelle Dover appeared through their counsel, Andrew K. Jacobson.

The Court, having considered all admissible evidence in the moving papers, the opposition papers, and having considered the argument of counsel, finds that good cause is shown for the issuance of a Preliminary Injunction, as follows:

**IT IS HEREBY ORDERED THAT** Defendants Impero Technologies, Inc., Clarence Nicholas Steigelman, Mitchell Heinlein, Yizhou "Joseph" Zhang, Ronald Lesniak, David Lesniak, and Michelle Dover, and each of them, and any of their directors, officers, shareholders, partners, subsidiaries, affiliates, employees, employers, agents, representatives, and all those in active concert or participation with them ("Defendants"), are preliminarily restrained and enjoined from:

1. Failing to return to TMX the Teledex laptops and any other equipment or materials containing proprietary, confidential, or trade secret information; and

2. Soliciting business from customers or third party vendors with whom Defendants had been in communication with during their final six months at Teledex for the purpose of furthering Teledex business; and

3. Continuing to do business with customers or third party vendors with whom Defendants had been in communication with during their final six months at Teledex for the purpose of furthering Teledex business and from whom Defendants solicited business after December 8, 2009.

Nothing in this Order shall prevent Defendants from otherwise doing business or continuing to do business with customers or third party vendors.

//
//
//
//
//

**IT IS FURTHER ORDERED THAT TMX** shall post a bond in the amount of $25,000 and the Preliminary Injunction shall issue upon the date of TMX's filing of undertaking of the sum specified.

**IT IS SO ORDERED.**

DATED: March 31, 2010

_____
JEREMY FOGEL
United States District Judge

3