\*\*E-Filed 4/15/2010\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TMX FUNDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> IMPERO TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case Number C 10-202 JF (PVT) <br><br> ORDER[1] (1) DENYING WITHOUT PREJUDICE EX PARTE APPLICATION TO MODIFY OR STAY PRELIMINARY INJUNCTION; (2) SETTING HEARING ON MOTIONS TO MODIFY OR STAY PRELIMINARY INJUNCTION; (3) GRANTING IN PART EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING MOTION FOR CIVIL CONTEMPT; (4) SETTING HEARING ON MOTION FOR CIVIL CONTEMPT; AND (5) SETTING BRIEFING SCHEDULE <br><br> [re: document nos. 63, 64, 80, 85] |

Defendants' *ex parte* application to modify or stay the preliminary injunction is DENIED WITHOUT PREJUDICE. That application [doc. 80] and the noticed motion to modify or stay the preliminary injunction [doc. 81] are SET FOR HEARING on May 7, 2010 at 9:00 a.m. The hearing set for June 11, 2010 is VACATED.

---

[1] This disposition is not designated for publication in the official reports.

1   Plaintiff's *ex parte* application to shorten time for hearing on its motion for civil
2  contempt is GRANTED. That motion [doc. 63] is SET FOR HEARING on May 7, 2010 at 9:00
3  a.m.
4   Any further opposition to the motions to modify or stay the preliminary injunction or to
5  the motion for civil contempt shall be filed on or before April 23, 2010. Any replies shall be
6  filed on or before April 30, 2010. Defendants' briefing shall (1) propose language for the
7  requested modified injunction and (2) explain why they have not complied with the Court's order
8  to return the laptop computers and why they believe this issue has not been litigated fully.
9   The motion to dismiss remains set for hearing on May 28, 2010 at 9:00 a.m.
10   IT IS SO ORDERED.

DATED: 4/15/2010

_____
JEREMY FOGEL
United States District Judge

2
Case No. C 10-202 JF (PVT)
ORDER DENYING EX PARTE APPLICATION TO MODIFY OR STAY PRELIMINARY INJUNCTION ETC.
(JFLC2)