Buchalter Nemer
Peter D. Holbrook, Bar No. 105845
pholbrook@buchalter.com
Carol A. Dwyer, Bar No. 239769
cdwyer@buchalter.com
Buchalter Nemer
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff
TMX FUNDING INC., A Delaware Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TMX FUNDING INC., A Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMPERO TECHNOLOGIES, INC., A California Corporation, CLARENCE NICHOLAS STEIGELMAN, An Individual, RONALD J. LESNIAK, An Individual, DAVID LESNIAK, An Individual, MITCHELL A. HEINLEIN, An Individual, JOSEPH ZHANG, a.k.a. XIANGCHOU ZHANG, An Individual, MICHELLE DOVER, An Individual,<br><br>Defendants. | Case No. C10-00202 JF (PVT)<br><br>[XXXXXXXXXXD] **ORDER TO CHANGE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL IDENTIFICATION OF TRADE SECRETS AND FOR PROTECTIVE ORDER FROM MAY 4, 2010 TO MAY 7, 2010** |

1   The Court, having considered the Joint Stipulation to change the hearing date on Defendants' Motion to Compel Identification of Trade Secrets and for Protective Order ("Motion") from Tuesday, May 4, 2010 at 10:00 a.m. to Friday, May 7, 2010 at 11:00 a.m. finds that good cause exists to grant the requested relief.

THEREFORE, IT IS HEREBY ORDERED THAT the hearing on Defendants' Motion to Compel Identification of Trade Secrets and for Protective Order ("Motion") shall take place on Friday, May 7, 2010 at 11:00 a.m. in Courtroom 5 of the above-captioned Court.

IT IS SO ORDERED.

DATED: 4/28/2010

*Patricia V. Trumbull* (signature)

HON. PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE