BUCHALTER NEMER
Peter D. Holbrook, Bar No. 105845
pholbrook@buchalter.com
Carol A. Dwyer, Bar No. 239769
cdwyer@buchalter.com
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

**E-Filed 6/15/10**

Attorneys for Plaintiff
TMX FUNDING INC., A Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TMX FUNDING INC., A Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMPERO TECHNOLOGIES, INC., A California Corporation, CLARENCE NICHOLAS STEIGELMAN, An Individual, RONALD J. LESNIAK, An Individual, DAVID LESNIAK, An Individual, MITCHELL A. HEINLEIN, An Individual, JOSEPH ZHANG, a.k.a. XIANGCHOU ZHANG, An Individual, MICHELLE DOVER, An Individual,<br><br>Defendants. | Case No. C10-00202 JF<br><br>**[PROPOSED] ORDER SHORTENING TIME ON PLAINTIFF'S MOTION FOR RECONSIDERATION AND MODIFICATION OF PRELIMINARY INJUNCTION** |

The Court, having considered Plaintiff TMX FUNDING INC.'S ("Plaintiff" or "TMX") *Ex Parte* Application for an Order Shortening Time on its Motion for Reconsideration and Modification of Preliminary Injunction ("Motion"), the Memorandum of Points and Authorities and Declarations filed in support of same, and good cause appearing therefor, orders as follows:

/ / /

/ / /

/ / /

# ORDER SHORTENING TIME

**IT IS ORDERED** that:

1. Plaintiff's Motion for Reconsideration and Modification of Preliminary Injunction ("Motion") shall be heard on July 2, 2010 at 9:00 a.m. in Courtroom 3 of this Court; and

2. Defendants may have until 5:00 P.D.T on June 21, 2010, within which to file their opposition to Plaintiff's Motion, if any, and that Plaintiff may have until 5:00 P.D.T on June 25, 2010, within which to file its reply, if any.

**IT IS SO ORDERED.**

DATED: 6/15/10

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

BN 6395964v1