UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TMX Funding, Inc.,
        Plaintiff(s),

v.

Impero Technologies, Inc., et. al.
        Defendant(s).
_____/

CASE NO. C 10-00202 JF (PVT)

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline  The Court ordered the parties to complete ADR before August 27, 2010 (date of continued Case Management Conference).

Dated: July 12, 2010
        _____
        Attorney for Plaintiff
        TMX Funding, Inc.

Dated: 7/12/10
        _____
        Attorney for Defendants
        Impero Technologies, Inc., Nicholas Steigelman, Joseph Zhang, Mitchell Heinlein, and Michelle Dover

Dated: _____
        _____
        Attorney for Defendants
        Ronald Lesniak and David Lesniak

Dated: _____

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TMX Funding, Inc.,

        Plaintiff(s),

v.

Impero Technologies, Inc., et. al.

        Defendant(s).

CASE NO. C 10-00202 JF (PVT)

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☒ other requested deadline  The Court ordered the parties to complete ADR before August 27, 2010 (date of continued Case Management Conference).

Dated: July 12, 2010

_____
Attorney for Plaintiff
TMX Funding, Inc.

Dated: _____

_____
Attorney for Defendants
Impero Technologies, Inc., Nicholas Steigelman, Joseph Zhang, Mitchell Heinlein, and Michelle Doyer

Dated: 7/14/10

_____
Attorney for Defendants
Ronald Lesniak and David Lesniak

Dated: _____

American LegalNet, Inc.
www.USCourtForms.com

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other August 26, 2010

IT IS SO ORDERED.

Dated: 7/23/10

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT

American LegalNet, Inc.
www.USCourtForms.com