**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| TMX FUNDING, INC.,<br>  Plaintiff, | No. C 10-0202 JF |
| v. | **ORDER GRANTING REQUEST FOR COUNTER-DEFENDANT JAMIE KNIEP TO ATTEND THE MEDIATION TELEPHONICALLY** |
| IMPERO TECHNOLOGIES, et al.,<br>  Defendants. | |
| | Date:     October 26, 2010<br>Mediator: Stewart Foreman |

IT IS HEREBY ORDERED that the request for counter-defendant Jamie Kniep to be excused from personally attending the October 26, 2010 mediation session before Stewart Foreman is GRANTED. Ms. Kniep shall be available at all times to participate by telephone in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

October 19, 2010         By:        *Elizabeth D. Laporte*
Dated                                        Elizabeth D. Laporte
                                             United States Magistrate Judge