1  BUCHALTER NEMER
   Peter D. Holbrook, Bar No. 105845
2  pholbrook@buchalter.com
   Carol A. Dwyer, Bar No. 239769
3  cdwyer@buchalter.com
   18400 Von Karman Avenue, Suite 800
4  Irvine, California  92612-0514
   Telephone:   (949) 760-1121
5  Facsimile:    (949) 720-0182
   Attorneys for Plaintiff/Counter-defendant
6  TMX FUNDING INC., A Delaware Corporation and
   Counter-defendants BING SUN and JAMIE KNIEP
7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | TMX FUNDING INC., A Delaware Corporation, | Case No. C10-00202 JF |

12 | Plaintiff, |

13 | v. | **PLAINTIFF'S REQUEST FOR DISMISSAL OF DEFENDANTS** |

14   IMPERO TECHNOLOGIES, INC., A         **IMPERO TECHNOLOGIES, INC.,**
     California Corporation, CLARENCE     **CLARENCE NICHOLAS**
15   NICHOLAS STEIGELMAN, An              **STEIGELMAN, MITCHELL**
     Individual, RONALD J. LESNIAK, An    **HEINLEIN, JOSEPH ZHANG,**
16   Individual, DAVID LESNIAK, An        **MICHELLE DOVER, AND BITTEL**
     Individual, MITCHELL A. HEINLEIN,    **TECHNOLOGY, INC. WITH**
17   An Individual, JOSEPH ZHANG, a.k.a.  **PREJUDICE**
     XIANGCHOU ZHANG, An Individual,
18   MICHELLE DOVER, An Individual,       **[Proposed]** Order filed herewith
     BITTEL TECHNOLOGY, INC., A
19   California Corporation

20                  Defendants.

21   RONALD S. LESNIAK,

22

23                  Counter-Claimant,

24   vs.

25   TMX FUNDING, INC., BING SUN,
     JOSE QUIROS, JAIME KNIEP
26

27                  Counter-Defendants

28

1    Pursuant to Federal Rules of Civil Procedure Rule 41(a)(2), Plaintiff TMX

2  Funding, Inc. ("TMX") requests dismissal with prejudice of Defendants Impero

3  Technologies, Inc. Clarence Nicholas Steigleman, Joseph Zhang, Mitchell Heinlein,

4  Michelle Dover, and Bittel Technologies, Inc. ("Impero Defendants") as follows:

5         A.    On November 23, 2010, the Court entered a final Judgment and

6  Permanent Injunction against the Impero Defendants;

7         B.    There being a Final Judgment and Permanent Injunction entered as to

8  the Impero Defendants, the Impero Defendants should be dismissed with prejudice

9  from ongoing proceedings in this action;

10        C.    The Judgment and Permanent Injunction entered on November 23,

11  2010 remains a final judgment against the Impero Defendants and the Court shall

12  continue to retain jurisdiction to enforce the Judgment and Permanent Injunction.

13

DATED: January 21, 2011                    BUCHALTER NEMER
14                                           A Professional Corporation

15

16

                                   By:     /s/ Carol A. Dwyer
17                                             Peter D. Holbrook
                                               Carol A. Dwyer
18                                             Attorneys for
                                         Plaintiff/Counterdefendant
19                                       TMX FUNDING, INC., A Delaware
                                         Corporation and Counterdefendants
20                                       BING SUN and JAMIE KNIEP

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

2

BN 8087549v1

# [~~PROPOSED~~] ORDER OF DISMISSAL

The Court having considered  Plaintiff TMX Funding, Inc.'s ("TMX" or "Plaintiff) Request for Dismissal of Defendants Impero Technologies, Inc. ("Impero"), Bittel Technology, Inc.,  ("Bittel"), Clarence Nicholas Steigelman, ("Steigelman"), Yizhou "Joseph" Zhang, ("Zhang"), Michelle Dover, ("Dover"), and Mitchell Heinlein, ("Heinlein"), ("Impero Defendants"), hereby grants the Request, and now therefore:

## IT IS HEREBY ORDERED THAT:

Defendants Impero Technologies, Inc., Bittel Technology, Inc., Clarence Nicholas Steigelman, Mitchell Heinlein, Yizhou "Joseph" Zhang, and Michelle Dover, are dismissed from this action with prejudice.

The Court shall continue to retain jurisdiction to enforce the final Judgment and Permanent Injunction entered against the Impero Defendants on November 23, 2010.

DATED:  1/27/11    _____

HONORABLE JEREMY FOGEL

UNITED STATES DISTRICT JUDGE

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

3

BN 8087549v1